**FILED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MAR 1 5 2019

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

IN RE: SEARCH WARRANTS          )          CAUSE NO. 1:19-mj-00304
                               )                          1:19-mj-00305
                               )

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana,

by Amanda Kester, Assistant United States Attorney for the Southern District of Indiana, and

enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:  _____
     Amanda Kester
     Assistant United States Attorney